UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| JOSHUA WALLIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-cv-00909-AEG |
| | ) | |
| CARDWORKS SERVICING, LLC | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JOSHUA WALLIS, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:__/s/ Gregory H. Moss_____
Gregory H. Moss
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison St., 10th Floor
Chicago, IL 60602
312-578-9428
gmoss@consumerlawcenter.com

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2010, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to Kenneth M. Baumgart, Attorney for Defendant, by the Court's CM/ECF system.

s/ Gregory H. Moss  
Gregory H. Moss  
Attorney for Plaintiff