**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION**

| | |
|---|---|
| JOSHUA WALLIS, | ) **STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE AND** |
| Plaintiff, | ) **ORDER** |
| | ) |
| v. | ) **CASE No. 2:10-cv-00909** |
| | ) |
| CARDWORKS SERVICING, LLC | ) |
| | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JOSHUA WALLIS and Defendant, CARDWORKS SERVICING, LLC, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, JOSHUA WALLIS, against Defendant, CARDWORKS SERVICING, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: March 4, 2011

KROHN & MOSS, LTD.

/s/ Gregory H. Moss

Attorney for Plaintiff,
JOSHUA WALLIS

Dated: March 4, 2011

/s/Kenneth R. Baumgart
Kenneth R. Baumgart
Attorney for Defendant,
CARDWORKS SERVICING, LLC

---

1

Stipulation of Dismissal and [Proposed] Order
Case 2:10-cv-00909-RTR   Filed 03/07/11   Page 1 of 2   Document 12

**Error! Unknown document property**

1

2  THE FOREGOING STIPULATION
3  IS APPROVED AND IS SO ORDERED.

4  Dated:

                                 *s/ Rudolph T. Randa*
5                                  The Honorable Judge Rudolph T. Randa
6                                  United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28